1  BRADLEY W. KAMPAS (Cal. Bar No. 111639)
   ANNE V. LEINFELDER (Cal. Bar No. 230272)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401

5  Attorneys for Defendant
   ONESOURCE BUILDING SERVICES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  CALIFORNIA SERVICE EMPLOYEES          No. C 06 2335 SBA
    HEALTH & WELFARE TRUST FUND, MIKE
13  GARCIA, Trustee, CHARLES GILCRIST,    **STIPULATION AND ORDER TO**
    Trustee, DAVID STILWELL, Trustee,     **EXTEND ADR DEADLINE**
14  RAYMOND C. NANN,  Trustee, LARRY T.
    SMITH, Trustee, LEE CRETAROLO, Trustee,
15
                   Plaintiff,
16
            v.
17
    ONESOURCE BUILDING SERVICES, INC.,
18  an Illinois Corporation, formerly known as ISS
    BUILDING MAINTENANCE, INC.,
19
                   Defendant.
20

21

22          Plaintiff  CALIFORNIA  SERVICE  EMPLOYEES  HEALTH  &  WELFARE  TRUST

23  FUND ("Plaintiff" or "the Trust Fund") and Defendant ONESOURCE BUILDING SERVICES,

24  INC. an Illinois Corporation formerly known as ISS BUILDING MAINTENANCE, INC.

25  ("Defendant"), by and through their counsel of record, hereby stipulate and agree to the

26  following:

27

28
                                                        (No. C 06 2335)
                                  1

1.      On April 3, 2006, Plaintiff filed a lawsuit alleging that Defendant owed delinquent contributions to the Trust Fund.

2.      On June 1, 2006, Defendant filed an Answer to Plaintiff's Complaint, denying in part Plaintiff's allegations and asserting affirmative defenses against Plaintiff.

3.      On July 6, 2006, the Court directed the parties to Alternative Dispute Resolution in the form of mediation.   On July 14, 2006, the Court assigned the case to R. Bradford Huss.  The timeline to complete mediation was October 5, 2006.

4.      Notwithstanding the overall Complaint, Defendant has been conducting a line-by-line by employee review of the internal audit to determine where the parties might find agreement as to the disputed amount.  The evaluation of the audit is an extremely time-intensive process, and Defendant was unable to complete it by October 5, 2006.

5.      The parties believe completion of the internal audit review will facilitate a more meaningful mediation.

6.      The parties request Court approval to extend the ADR deadline to October 30, 2006.  The parties agree to conduct the mediation on October 30, 2006 at 1:30 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(No. C 06 2335)

1    Thereby, the parties respectfully request an extension of the ADR deadline to

2    October 30, 2006.

3

4    Respectfully Submitted,

5

6    Date:  October 18, 2006                    JACKSON LEWIS LLP

7

8    By:  _____/S/_____

9    BRADLEY W. KAMPAS
     ANNE V. LEINFELDER
10   Attorneys for Defendant
     ONESOURCE BUILDING SERVICES,
11   INC.

12

13   Date:  October 18, 2006                    SALTZMAN & JOHNSON LAW
                                                 CORPORATION
14

15

16   By:  _____/S/_____
     PHILIP M. MILLER
17   KRISTEN MCCULLOCH
     Attorneys for Plaintiff
18   CALIFORNIA SERVICE EMPLOYEES
     HEALTH & WELFARE TRUST FUND
19

20

21   Based on the foregoing, and good cause so appearing, the Court hereby extends the ADR
     deadline to October 30, 2006.

22   **IT IS SO ORDERED.**

23

24   DATED: 10/23/06                            _____
                                                 SAUNDRA BROWN ARMSTRONG
25                                               United States District Judge

26

27

28

                                                              (No. C 06 2335)

                                      3